UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY DOYLE YOUNG,
    Plaintiff,
    v.
JEFF SESSIONS, et al.,
    Defendants.

Case No. 18-cv-07045-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Young is a federal prisoner housed in Colorado. His claims arise from the circumstances of his detention in that state. (Am. Compl., Dkt No. 7 at 2-4.) Accordingly, this suit is TRANSFERRED to the District of Colorado wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 85, 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** December 12, 2018

WILLIAM H. ORRICK
United States District Judge